# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ortega, Bianca | Docket No. | 0980 4:19CR06061-SAB-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bianca Ortega, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29th day of October 2019, under the following conditions:

Additional Conditions of Release (District of Oregon): Do not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>Violation #1</u>: Bianca Ortega is alleged to have consumed controlled substance marijuana on or about October 26, 2019.

<u>Violation #2</u>: Bianca Ortega is alleged to have consumed controlled substance methamphetamine on or about October 22, 2019, and on or about October 30, 2019.

Conditions of pretrial release were reviewed with Ms. Ortega by the Western District of Washington, United States Probation Officer (USPO) Williams, on October 22, 2019. She acknowledged an understanding of her conditions which included the additional conditions of release as ordered by the District of Oregon. The defendant is being supervised by USPO Williams for location monitoring and USPO Okano for pretrial supervision.

On October 29, 2019, the defendant was scheduled to appear in court for her initial appearance before the Honorable Mary K. Dimke. The defendant arrived 30 minutes late for court. After the initial appearance concluded, the Court directed the defendant to report to the United States Probation Office in Richland, Washington, to provide a random urine sample. The defendant reported to the Richland probation office as directed and met with United States Probation Officer (USPO) Hare. According to USPO Hare, the defendant was unable to provide a sample upon request and admitted to marijuana use "3 days ago" (October 26, 2019), and methamphetamine use on or about October 22, 2019. The defendant advised she used the day after her last urine test which was October 21, 2019. The defendant was unable to provide a urine sample as directed. Per USPO Hare, he advised the Court of this matter verbally.

On October 30, 2019, the below said officer was contacted by USPO Okano who advised an unobserved urine sample was collected from the defendant this date; however, the sample was just under the acceptable amount. The sample was sealed in front of the defendant and sent to their contracted laboratory for testing. Results from this urine sample were received on November 13, 2019, reflecting a confirmed positive reading for methamphetamine. Per USPO Okano, the defendant has been placed on a random color line testing program through Cowlitz Family Health Center in Kelso, Washington. She was also directed to secure a chemical dependency assessment, which has been scheduled for November 25, 2019.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

                         I declare under the penalty of perjury that the foregoing is true and correct.

                         Executed on:    November 21, 2019

by    s/Linda J. Leavitt

                         Linda J. Leavitt
                         U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*M. K. Dimke*

Signature of Judicial Officer

11/21/2019

Date