UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2019**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ortega, Bianca | Docket No. | 0980 4:19CR06061-SAB-3 |

### Petition for Action on Conditions of Pretrial Release

  COMES NOW  Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Bianca Ortega, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 29th day of October 2019, under the following conditions:

<u>Additional Conditions of Release (District of Oregon):</u>  Do not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. Section 802, unless prescribed by a licensed medical practitioner.

<u>Additional Conditions of Release (District of Oregon):</u> Travel is limited to Western District of Washington and Eastern District of Washington for Court related purposes only unless prior approval is obtained from U.S. Pretrial Services.

<u>Additional Conditions of Release (District of Oregon):</u> The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements - Active GPS Monitoring (including hybrid GPS).

  RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1**: Bianca Ortega is alleged to be in violation of her pretrial release conditions by consuming controlled substance methamphetamine on or about November 20, 2019.

Conditions of pretrial release were reviewed with Ms. Ortega by the Western District of Washington, United States Probation Officer (USPO) Williams, on October 22, 2019.  She acknowledged an understanding of her conditions which included the additional conditions of release as ordered by the District of Oregon.  The defendant is being supervised by USPO Williams for location monitoring and USPO Okano for pretrial supervision.

On December 2, 2019, this officer received an email from USPO Okano advising a random urine sample was collected from the defendant on November 20, 2019, and tested presumptive positive for methamphetamine. The sample was submitted to Alere Toxicology for confirmation. As a corrective action, USPO Okano advised he would follow up to see if the defendant had attended her chemical dependency assessment as scheduled for November 25, 2019.  On December 4, 2019, USPO Okano advised this officer via email the defendant did not attend her scheduled chemical dependency assessment on November 25, 2019.  However, he advised the appointment has been rescheduled for December 12, 2019.

On December 9, 2019, this officer received the notification from Alere Toxicology via email confirming a positive drug test for the presence of methamphetamine in the urine sample collected from the defendant on November 20, 2019.

**Violation #2**: Bianca Ortega is alleged to be in violation of her location monitoring program and pretrial release travel restrictions, by leaving Washington State and traveling to the state of Oregon on December 3, 2019, without first obtaining permission from the supervising USPO.  Ms. Ortega is also alleged she violated her pretrial release conditions by deviating from her approved location monitoring schedule on December 3, 2019.

Conditions of pretrial release were reviewed with Ms. Ortega by the Western District of Washington, United States Probation Officer (USPO) Williams, on October 22, 2019.  She acknowledged an understanding of her conditions which included the additional conditions of release as ordered by the District of Oregon.  The defendant is being supervised by USPO Williams for location monitoring and USPO Okano for pretrial supervision.

Re: Ortega, Bianca
December 10, 2019
Page 2

On December 4, 2019, this officer received an email from Location Monitoring Specialist (LMS) Jansen with the Western District of Washington advising she was reviewing global positioning system (GPS) points through BI Total Access System and observed that on December 3, 2019, Ms. Ortega entered into Oregon at 7:51 p.m., and traveled to the following address: 14 Halsey Road Astoria, Oregon. According to LMS Jansen, Ms. Ortega returned to their district at 9:47 p.m. LMS Jansen advised she attempted to contact the defendant via her cellular telephone number; however, there was no answer and the voicemail was full. LMS Jansen stated that at 10:15p.m., she submitted an audio message (call your officer now) to the defendant's GPS tracking device and the defendant did acknowledged the message. LMS Jansen stated she called the defendant's cellular telephone number again and the defendant's sister answered. LMS Jansen shared she talked with the defendant's sister whom admitted that she and the defendant traveled to Astoria, Oregon, on December 3, 2019, to meet with their brother and pick up a refrigerator and other items. According to LMS Jansen, the sister denied knowing this was not allowed. LMS Jansen stated the defendant's sister said the defendant did not know about this condition. LMS Jansen advised she informed the defendant's sister it is the defendant's responsibility to review and understand her appearance bond conditions and that was not an excuse.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 10, 2019

by s/Linda J. Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

12/10/2019
Date